**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Fernando BANDA, Defendant–**
**Appellant.**

No. 07–41246
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Fernando Banda, pro se.

Before KING, STEWART and HAYNES, Circuit Judges.

PER CURIAM: *

Fernando Banda appeals his conviction on five counts related to the transport of illegal aliens under 8 U.S.C. § 1324. He asserts that he received ineffective assistance of counsel because counsel failed to move to suppress the fruits of an unconstitutional search and seizure. We review an ineffective assistance claim on direct appeal "only when it was raised before the district court and the record provides sufficient details for review." *United States v. Puckett,* 505 F.3d 377, 387 (5th Cir.2007), *aff'd in part on other grounds,* —— U.S. ——, 129 S.Ct. 1423, 1428, 173 L.Ed.2d 266 (2009). Because Banda did not raise his claim in the district court, we decline to review it. *See id.* The judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.